E-FILED
Friday, 05 September, 2025  03:14:32 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 1

 Horace Mann®

 Login

# Educators can save by bundling home and auto

## Start your quote online today!

| 🚘 Auto Insurance ⌄ |

| ZIP Code 🔴 |  | Get a Quote |

**Find an Agent**            **Call 833-422-6439**

# Want a faster way to start your quote?

**Connect my insurance**



🔒 Secure - We use end-to-end encryption to keep your data private.



# Want a faster way to start your quote?



[ Connect my insurance ]

 **Secure** - We use end-to-end encryption to keep your data private.

 **Seamless** - We review your policy to get you the best protection at the best price.

 **Private** - Your credentials are never seen by Horace Mann.

# What our customers are saying:

> "
> I have had nothing but great experiences with Horace Mann for many years, not only as a home and auto insurer but also as an investment provider.
>
> **Judith M. - NC**

> "
>
> I have had nothing but great experiences with Horace Mann for many years, not only as a home and auto insurer but also as an investment provider.
>
> **Judith M. - NC**

> "
>
> Professional, knowledgeable, patient, and a great help in answering all questions related to insurance and retirement.
>
> **Caroline J.**

> "
>
> My rating is 100%. Horace Mann has always been a great company. I've had auto and property insurance with your company for years.
>
> **Lanee K.**

> "
>
> Our agent is an amazing representative and is wonderful to work with! He is highly responsive, and I would recommend him to anyone for their insurance and investment needs.
>
> **Elizabeth R.**



3:25-cv-03262-MMM-RLH    # 1-1    Filed: 09/05/25    Page 5 of 10

**Elizabeth R.**

# More than insurance and retirement, our programs help educators succeed both in and out of the classroom

Find my agent

### Student Loan Solutions

Our no-cost program helps educators navigate student loan forgiveness.

Learn more



### DonorsChoose

We help educators find funding for the classroom resources they need.

Learn more



8/25/25, 9:42 AM
3:25-cv-03262-MMM-RLH # 1-1 Filed: 09/05/25 Page 6 of 10
Horace Mann - Insurance and financial Solutions for educators

## Student Loan Solutions

Our no-cost program helps educators navigate student loan forgiveness.

Learn more

## DonorsChoose

We help educators find funding for the classroom resources they need.

Learn more



## Workshops

Our workshops provide information on important topics for educators.

Learn more



## Webinars

We offer webinars on a variety of topics to help educators succeed.

Learn more



# We understand the education market

We serve approximately 1 million of the nation's nearly 8 million K-12 school teachers, administrators and support staff.





# We understand the education market

We serve approximately 1 million of the nation's nearly 8 million K-12 school teachers, administrators and support staff.



# We are a responsible corporate citizen

We follow corporate governance best practices to ensure a financially strong company that operates ethically and with integrity. We are committed to protecting and limiting the use of and access to personal information that is shared with us.



# We offer products and solutions

We provide auto, home, supplemental and life insurance to protect you, and retirement and financial solutions to help you secure your future. Our other solutions, such as Student Loan Solutions, financial wellness workshops and



# We offer products and solutions

We provide auto, home, supplemental and life insurance to protect you, and retirement and financial solutions to help you secure your future. Our other solutions, such as Student Loan Solutions, financial wellness workshops and employee benefits, are designed with educators and public sector workers in mind.



# We are financially strong and stable

Independent agencies rate Horace Mann's ability to pay claims and death benefits as well as meet other financial obligations. The consensus among these rating agencies is that Horace Mann is in a solid position to meet its obligations.

*\*$624 is an average annual savings amount on auto insurance based on new customers who*



*$524 is an average annual savings amount on auto insurance based on new customers who completed online Horace Mann quotes and provided their current carrier's policy details with effective dates from 2/17/2023 through 9/4/2024.*



## About Us

About Us

Careers

Investors

News

Contact

Corporate Social Responsibility

## Customers

My Account Login

Claims

Pay Online

Mobile App

School Admin

Frequently Asked Questions

## Savings & Retirement

Retirement

529 College Savings Plans

Claims

Pay Online

Mobile App

School Admin

Frequently Asked Questions

## Savings & Retirement

Retirement

529 College Savings Plans

Student Loan Solutions

DonorsChoose

Workshops

## Insurance

Auto Insurance

Homeowners Insurance

Life Insurance

Renters Insurance

Liability Insurance

Privacy Policy     Legal Disclaimers     Underwriting Companies     CA Notice at Collection

Your Privacy Choices

© 2025 Horace Mann Educators Corporation