E-FILED
Friday, 05 September, 2025  03:14:33 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 3









Insurance    Retirement    Investing    Programs    Employee Solutions    About Us    Get a Quote

Find an Agent    Payments    Claims    Login



# Retirement products

Horace Mann offers a variety of retirement products, each designed to meet different needs, many of which can provide tax-deferred growth. Whether it has a fixed rate, enables you to invest in the market, or only requires one payment for you to start getting guaranteed income, the right products depend on your retirement income and goals.

Find my representative    Review retirement strategies

Horace Mann Retirement Advantage® is a mutual fund platform designed to help you set and achieve your retirement goals.

Some of the features include:

- Savings options with a wide range of institutional mutual funds



 Let's talk!