E-FILED
Friday, 05 September, 2025  03:14:34 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 4

Line wrap

```
<!DOCTYPE html>
<!--[if lt IE 7]>      <html class="no-js lt-ie9 lt-ie8 lt-ie7"> <![endif]-->
<!--[if IE 7]>         <html class="no-js lt-ie9 lt-ie8"> <![endif]-->
<!--[if IE 8]>         <html class="no-js lt-ie9"> <![endif]-->
<!--[if gt IE 8]><!-->
<html class="no-js" lang="en">
<!--<![endif]-->
<head>
<link href="/-/media/Feature/Experience-Accelerator/Bootstrap-5/Bootstrap-5/Styles/optimized-min.css?t=20220114T031607Z" rel="stylesheet" /><link href="/-/media/Base-Themes/Core-Libraries/styles/optimi

<meta charset="utf-8" />

<!-- Google Tag Manager -->

<script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':

new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],

j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=

'https://www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);

})(window,document,'script','dataLayer','GTM-K8PMBWLC');</script>

<!-- End Google Tag Manager -->

    <title>Horace Mann - Insurance and financial solutions for educators</title>

<link rel="canonical" href="http://www.horacemann.com/" />

<link rel="preconnect" href="https://api.glia.com">
<link rel="preconnect" href="https://fonts.googleapis.com">
<link rel="preconnect" href="https://fonts.gstatic.com" crossorigin>

<Meta  Name="customKey1" Content="Horace Mann Corporation"/><Meta  Name="customKey2" Content="Horace Mann"/><Meta  Name="customKey3" Content="Horace Mann insurance"/><Meta  Name="customKey4" Content="H
    <link href="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/favicon-196x196.png" rel="shortcut icon" />

<meta http-equiv="X-UA-Compatible" content="IE=EDGE">
<meta http-equiv="Cache-Control" content="no-cache, no-store, must-revalidate">
<meta http-equiv="Pragma" content="no-cache">
<meta http-equiv="Expires" content="0">

<meta property="og:description"  content="Auto, home, renters, supplemental, and life Insurance as well as retirement annuities for the community of educators, public service and municipal employees."

<meta  name="description" content="Auto, home, renters, supplemental, and life Insurance as well as retirement annuities for the community of educators, public service and municipal employees." /><meta

<meta property="twitter:title"  content="Horace Mann - Insurance and financial solutions for educators" /><meta property="twitter:card"  content="summary_large_image" />

    <meta name="viewport" content="width=device-width, initial-scale=1"/>

<meta http-equiv="Content-Security-Policy" content="
  default-src 'self' *.google-analytics.com *.doubleclick.net;
  script-src 'self' 'unsafe-inline' 'unsafe-eval' code.jquery.com *.accessibe.com acsbapp.com *.acsbapp.com *.doubleclick.net *.google.com *.gstatic.com *.googleapis.com *.googletagmanager.com *.google
  style-src 'self' 'unsafe-inline' *.accessibe.com *.acsbapp.com *.doubleclick.net libs.salemove.com fonts.googleapis.com cdnjs.cloudflare.com *.googletagmanager.com *.stackadapt.com *.smtrk.net *.atla
  img-src 'self' *.google.com *.google-analytics.com data: *.youtube.com *.ytimg.com *.vimeocdn.com www.facebook.com www.googletagmanager.com libs.salemove.com googleads.g.doubleclick.net ssbsync.smart
  font-src 'self' data: *.gstatic.com;
  media-src 'self' data: *.youtube.com libs.salemove.com;
  connect-src 'self' *.horacemann.com *.google-analytics.com *.doubleclick.net *.accessibe.com https://www.facebook.com acsbapp.com *.acsbapp.com *.glia.com insight.adsrvr.org wss://pubsub.salemove.com
```

```
  frame-src *.horacemann.com https://player.vimeo.com 'self' *.googletagmanager.com *.youtube.com td.doubleclick.net *.fls.doubleclick.net insight.adsrvr.org *.trustpilot.com woobox.com app.usecanopy.c
<link href="https://fonts.googleapis.com/css2?family=Montserrat:ital,wght@0,400;0,500;0,600;0,700;1,400;1,500;1,600;1,700&display=swap" rel="stylesheet">
<style>
#content :is(.rich-text,.field-block-description,.field-content) a.btn {
    text-decoration: none;
}
</style>
</head>
<body class="default-device bodyclass">
<!-- Google Tag Manager (noscript) -->
<noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-K8PMBWLC"
height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
<!-- End Google Tag Manager (noscript) -->
<!-- #wrapper -->
<div id="wrapper">
    <!-- #header -->
    <header>
        <div id="header" class="container">
            <div class="row">
<div class="row component column-splitter">
        <div class="col-5 col-lg-2 col-xl-3 offset-2 offset-lg-0">
            <div class="row"><div class="component plain-html">
    <div class="component-content">
<a href="/" title="Home">
<svg width="200px" height="42.61px" alt="Horace Mann logo" class="hm-logo" viewBox="17 16.3 183 39" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink" version="1.1">
    <title>Horace Mann</title>
    <style type="text/css">
        .st33{fill:#DF6420;}
    </style>
        <g extraneous="self"><path class="st33" d="M26.8 24.1l-1.3-2.8c-0.3-0.6 0.3-0.7 0.3-0.7 2.4-0.5 5.8-1 9.1-1 0 0 0 0 0.1 0l0 0c0 0 0 0 0 0l0 0 0 0c0 0 0 0 0.1 0 3.4 0 6.7 0.4 9.1 1 0 0 0.5 0.1 0
</svg>
</a>    </div>
</div></div>
        </div>
        <div class="col-5 col-lg-10 col-xl-9">
            <div class="row">
<div class="component row-splitter">
        <div class="container-fluid">
            <div >
                <div class="row">
<div class="component link-list top-nav d-block">
    <div class="component-content">
                <ul>
                <li class="item0 odd first">
<a
    id="0189F450-0178-491C-95BE-7DEF302BFB25"
    href="/Search-Results"
    >
    <i class="bi bi-search"></i><span class="visually-hidden">Search</span>
    </a>                </li>
                <li class="item1 even">
```

```
<a
    id="E9D73587-CB2B-4416-A723-FF39035C07D2"
    href="/Call-Us"
    >
    <i class="bi bi-telephone-fill"></i><span class="visually-hidden">Call us at 800-999-1030</span></a>                </li>
                <li class="item2 odd">



<a
    id="C82DB946-E9BE-4C56-A88B-A53C845FD90C"
    href="/Find-Agent"
    title="Find an Agent">
    Find an Agent</a>                </li>
                <li class="item3 even">




<a
    id="1616C113-826B-4AE3-B276-7E80103029A7"
    href="/Login"
    >
    Payments</a>                </li>
                <li class="item4 odd">




<a
    id="BE33101A-D696-4F53-9233-51D41FEA9031"
    href="/claims"
    >
    Claims</a>                </li>
                <li class="item5 even last">




<a
    id="1C47B7DF-9449-47AC-B7CF-82BFB994154C"
    href="/Login"
    >
    <i class="bi bi-person-circle"></i> Login</a>                </li>
        </ul>
    </div>
</div>
</div>
            </div>
        </div>
        <div class="container-fluid">
            <div >
                <div class="row">    <div class="component navigation two-column-navigation-desktop d-none d-lg-block navigation-main hm-main-navigation">
        <div class="component-content">
            <nav>
<ul class="clearfix">
        <li class=" level1 item0 odd first rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="insurance" id="nav-insurance-D43798D0-5AD7-419F-BB77-B6A5BAA0F147">Insurance</a></div><ul clas



                <li class="level2 item0 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="all insurance" href="/insurance/all-insurance">All Insurance</a>
                    </div>
                </li>
                <li class="level2 item1 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="auto insurance" href="/insurance/auto-insurance">Auto Insurance</a>
                    </div>
                </li>
                <li class="level2 item2 odd rel-level2">
```

```
                        <div class="navigation-title field-navigationtitle">
                            <a title="homeowners insurance" href="/insurance/homeowners-insurance">Homeowners Insurance</a>
                        </div>
                    </li>
                <li class="level2 item3 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="renters insurance" href="/insurance/renters-insurance">Renters Insurance</a>
                        </div>
                    </li>
                <li class="level2 item4 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="liability insurance" href="/insurance/liability-insurance">Liability Insurance</a>
                        </div>
                    </li>
                <li class="level2 item5 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="life insurance" href="/insurance/life-insurance">Life Insurance</a>
                        </div>
                    </li>
                <li class="level2 item6 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="supplemental insurance" href="/insurance/supplemental-insurance">Supplemental Insurance</a>
                        </div>
                    </li>
                <li class="level2 item7 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="additional coverages" href="/insurance/additional-coverages">Additional Coverages</a>
                        </div>
                    </li>
                <li class="level2 item8 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="educator advantage" href="/insurance/educator-advantage">Educator Advantage</a>
                        </div>
                    </li></ul>
        </li>
        <li class=" level1 item1 even rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="retirement" id="nav-retirement-13DBF925-B0F7-4DF1-BB16-284768F3B76B">Retirement</a></div><ul c

                <li class="level2 item0 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="retirement strategies" href="/retirement/retirement-strategies">Retirement Strategies</a>
                        </div>
                    </li>

                <li class="level2 item1 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="retirement products" href="/retirement/retirement-products">Retirement Products</a>
                        </div>
                    </li>
                <li class="level2 item2 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="retirement education" href="/retirement/retirement-education">Retirement Education</a>
                        </div>
                    </li>

                </ul>
        </li>
```

```
        <li class=" level1 item2 odd rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="investing" id="nav-investing-9752DDAB-70F5-401E-9EC6-3F2A58C5F33C">Investing</a></div><ul clas

                <li class="level2 item0 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="college savings 529 plans" href="/investing/college-savings-529-plans">529 College Savings Plans</a>
                        </div>
                    </li>

                <li class="level2 item1 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="investment management services" href="/investing/investment-management-services">Investment Management Services</a>
                        </div>
                    </li></ul>
        </li>
        <li class=" level1 item3 even rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="programs" id="nav-programs-283FB604-7122-402F-B7C4-0CBA2FDC0A6E">Programs</a></div><ul class="

                <li class="level2 item0 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="view all programs" href="/programs/view-all-programs">View All Programs</a>
                        </div>
                    </li>
                <li class="level2 item1 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="student loan solutions" href="/programs/student-loan-solutions">Student Loan Solutions</a>
                        </div>
                    </li>
                <li class="level2 item2 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="hmscore" href="/programs/hmscore">HMScore</a>
                        </div>
                    </li>
                <li class="level2 item3 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="donorschoose" href="/programs/donorschoose">DonorsChoose</a>
                        </div>
                    </li>
                <li class="level2 item4 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="giveaways" href="/programs/giveaways">Giveaways</a>
                        </div>
                    </li>
                <li class="level2 item5 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="workshops" href="/programs/workshops">Workshops</a>
                        </div>
                    </li>
                <li class="level2 item6 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="webinars" href="/programs/webinars">Webinars</a>
                        </div>
                    </li>
                <li class="level2 item7 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="educator recognition" href="/programs/educator-recognition">Educator Recognition</a>
                        </div>
                    </li>
                <li class="level2 item8 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="hmconnections blog" href="/programs/hmconnections-blog">HMConnection Blog</a>
                        </div>
                    </li></ul>
        </li>
        <li class=" level1 item4 odd rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="employee benefits" id="nav-employee-benefits-0BEF762D-B27A-4D4C-BAD9-4D410F53E3C1">Employee Sc

                <li class="level2 item0 odd rel-level2">
```

```
                        <div class="navigation-title field-navigationtitle">
                            <a title="WISE Employee Benefits Solutions website" href="/employee-benefits/WISE-Employee-Benefits-Solutions-website">WISE Employee Benefits Solutions website</a>
                        </div>
                    </li></ul>
        </li>
        <li class=" level1 item5 even rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="about us" id="nav-about-us-301C36AA-7CFF-4AA5-A2D1-D11E8F4196E9">About Us</a></div><ul class="

                <li class="level2 item0 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="about us" href="/about-us/about-us">About Us</a>
                        </div>
                    </li>
                <li class="level2 item1 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="contact us" href="/about-us/contact-us">Contact Us</a>
                        </div>
                    </li>
                <li class="level2 item2 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="careers" href="/about-us/careers">Careers</a>
                        </div>
                    </li>
                <li class="level2 item3 even rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="news" href="/about-us/news">News Releases</a>
                        </div>
                    </li>
                <li class="level2 item4 odd rel-level2">
                        <div class="navigation-title field-navigationtitle">
                            <a title="industry research" href="/about-us/industry-research">Industry research</a>
                        </div>
                    </li></ul>
        </li>
        <li class=" level1 item6 odd last rel-level1">
<div class="navigation-title field-navigationtitle"><a href="/Get-a-Quote" title="Get a Quote" id="nav-get-a-quote-FCE96FAB-988D-4B4B-80B4-6D428621697B">Get a Quote</a></div>
        </li>
</ul>

            </nav>
        </div>
    </div>
</div>
            </div>
        </div>
</div></div>
        </div>
</div>
<div class="component toggle col-12 d-block d-lg-none" data-properties="{&quot;easing&quot;:&quot;swing&quot;,&quot;speed&quot;:0,&quot;expandOnHover&quot;:false,&quot;expandedByDefault&quot;:false}">
    <div class="component-content">
        <details class="toggle-content clearfix">
            <summary class="toggle-header" tabindex="0">
                <span class="toggle-label">
Toggle                </span>
            </summary>
            <div class="row">
<div class="component link-list mobile-nav-header col-12">
    <div class="component-content">

                <ul>
                <li class="item0 odd first">
<a
    id="mobile-nav-header-get-a-quote-4B394B92-C3CD-46D7-BE1D-6551FD05F6C0"
    href="/Get-a-Quote"
    >
    Get a Quote</a>                </li>
                <li class="item1 even last">
<a
    id="mobile-nav-header-agent-45EE2069-FD3C-43D0-99D3-D300839B1746"
    href="/Find-Agent"
    title="Find an Agent">
    Find an Agent</a>                </li>
```

```
        </ul>
    </div>
</div>
    <div class="component navigation two-column-navigation-mobile col-12 hm-navigation-mobile">
        <div class="component-content">
            <nav>
<ul class="clearfix">
        <li class=" level1 item0 odd first rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="insurance" id="nav-insurance-D43798D0-5AD7-419F-BB77-B6A5BAA0F147">Insurance</a></div><ul clas


                <li class="level2 item0 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="all insurance" href="/insurance/all-insurance">All Insurance</a>
                    </div>
                </li>
                <li class="level2 item1 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="auto insurance" href="/insurance/auto-insurance">Auto Insurance</a>
                    </div>
                </li>
                <li class="level2 item2 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="homeowners insurance" href="/insurance/homeowners-insurance">Homeowners Insurance</a>
                    </div>
                </li>
                <li class="level2 item3 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="renters insurance" href="/insurance/renters-insurance">Renters Insurance</a>
                    </div>
                </li>
                <li class="level2 item4 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="liability insurance" href="/insurance/liability-insurance">Liability Insurance</a>
                    </div>
                </li>
                <li class="level2 item5 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="life insurance" href="/insurance/life-insurance">Life Insurance</a>
                    </div>
                </li>
                <li class="level2 item6 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="supplemental insurance" href="/insurance/supplemental-insurance">Supplemental Insurance</a>
                    </div>
                </li>
                <li class="level2 item7 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="additional coverages" href="/insurance/additional-coverages">Additional Coverages</a>
                    </div>
                </li>
                <li class="level2 item8 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="educator advantage" href="/insurance/educator-advantage">Educator Advantage</a>
                    </div>
                </li></ul>
        </li>
        <li class=" level1 item1 even rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="retirement" id="nav-retirement-13DBF925-B0F7-4DF1-BB16-284768F3B76B">Retirement</a></div><ul c



                <li class="level2 item0 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="retirement strategies" href="/retirement/retirement-strategies">Retirement Strategies</a>
                    </div>
                </li>




                <li class="level2 item1 even rel-level2">
```

```
                    <div class="navigation-title field-navigationtitle">
                        <a title="retirement products" href="/retirement/retirement-products">Retirement Products</a>
                    </div>
                </li>
            <li class="level2 item2 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="retirement education" href="/retirement/retirement-education">Retirement Education</a>
                    </div>
                </li>




            </ul>
        </li>
        <li class=" level1 item2 odd rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="investing" id="nav-investing-9752DDAB-70F5-401E-9EC6-3F2A58C5F33C">Investing</a></div><ul clas


            <li class="level2 item0 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="college savings 529 plans" href="/investing/college-savings-529-plans">529 College Savings Plans</a>
                    </div>
                </li>

            <li class="level2 item1 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="investment management services" href="/investing/investment-management-services">Investment Management Services</a>
                    </div>
                </li></ul>
        </li>
        <li class=" level1 item3 even rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="programs" id="nav-programs-283FB604-7122-402F-B7C4-0CBA2FDC0A6E">Programs</a></div><ul class="


            <li class="level2 item0 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="view all programs" href="/programs/view-all-programs">View All Programs</a>
                    </div>
                </li>
            <li class="level2 item1 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="student loan solutions" href="/programs/student-loan-solutions">Student Loan Solutions</a>
                    </div>
                </li>
            <li class="level2 item2 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="hmscore" href="/programs/hmscore">HMScore</a>
                    </div>
                </li>
            <li class="level2 item3 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="donorschoose" href="/programs/donorschoose">DonorsChoose</a>
                    </div>
                </li>
            <li class="level2 item4 odd rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="giveaways" href="/programs/giveaways">Giveaways</a>
                    </div>
                </li>
            <li class="level2 item5 even rel-level2">
                    <div class="navigation-title field-navigationtitle">
                        <a title="workshops" href="/programs/workshops">Workshops</a>
                    </div>
```

```
                            </li>
                    <li class="level2 item6 odd rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="webinars" href="/programs/webinars">Webinars</a>
                            </div>
                    </li>
                    <li class="level2 item7 even rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="educator recognition" href="/programs/educator-recognition">Educator Recognition</a>
                            </div>
                    </li>
                    <li class="level2 item8 odd rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="hmconnections blog" href="/programs/hmconnections-blog">HMConnection Blog</a>
                            </div>
                    </li></ul>
        </li>
        <li class=" level1 item4 odd rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="employee benefits" id="nav-employee-benefits-0BEF762D-B27A-4D4C-BAD9-4D410F53E3C1">Employee Sc


                    <li class="level2 item0 odd rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="WISE Employee Benefits Solutions website" href="/employee-benefits/WISE-Employee-Benefits-Solutions-website">WISE Employee Benefits Solutions website</a>
                            </div>
                    </li></ul>
        </li>
        <li class=" level1 item5 even last rel-level1">
<div class="navigation-title field-navigationtitle"><a href="#" role="button" aria-expanded="false" title="about us" id="nav-about-us-301C36AA-7CFF-4AA5-A2D1-D11E8F4196E9">About Us</a></div><ul class="


                    <li class="level2 item0 odd rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="about us" href="/about-us/about-us">About Us</a>
                            </div>
                    </li>
                    <li class="level2 item1 even rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="contact us" href="/about-us/contact-us">Contact Us</a>
                            </div>
                    </li>
                    <li class="level2 item2 odd rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="careers" href="/about-us/careers">Careers</a>
                            </div>
                    </li>
                    <li class="level2 item3 even rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="news" href="/about-us/news">News Releases</a>
                            </div>
                    </li>
                    <li class="level2 item4 odd rel-level2">
                            <div class="navigation-title field-navigationtitle">
                                    <a title="industry research" href="/about-us/industry-research">Industry research</a>
                            </div>
                    </li></ul>
        </li>
</ul>


            </nav>
        </div>
    </div>

<div class="component link-list col-12 light-background-shadow">
    <div class="component-content">


            <ul>
            <li class="item0 odd first">
<div class="field-link"><a href="/claims" data-variantitemid="{09E4F5B9-1624-4DF5-A4F2-9E8F8997C25A}" data-variantfieldname="Link">Claims</a></div>            </li>
            <li class="item1 even">
<div class="field-link"><a href="/Login" data-variantitemid="{F39BC384-EA49-48D8-A9F5-3350BB20D1AF}" data-variantfieldname="Link">Payments</a></div>            </li>
            <li class="item2 odd">
```

```
<div class="field-link"><a href="/Call-Us" data-variantitemid="{CC9F71B8-72E5-4511-BD61-8C17F534CFBA}" data-variantfieldname="Link">Call us at 800-999-1030</a></div>                    </li>
                <li class="item3 even last">
<div class="field-link"><a href="/Search-Results" data-variantitemid="{AF467B48-7D31-4692-87B3-ED02F38720EC}" data-variantfieldname="Link">Search</a></div>            </li>
            </ul>
        </div>
</div>
</div>
        </details>
    </div>
</div>
</div>
        </div>
    </header>
<!-- /#header -->
<!-- #content -->
    <main>
        <div id="content" class="container">
            <div class="row">    <section class="component hero quote-form col-12 align-left bottom-margin-sm">
        <div class="component-content">




            <img class="quote-form__background-image" src="/-/media/Project/Horace-Mann/Public-Site/images/general-and-other/HomePage_Hero_03.webp" alt="Art teacher working with students who are painting."


<div class="quote-form__content-wrapper" id="hero-quote-form">
    <h1 class="quote-form__heading">Educators can save by bundling home and auto</h1>
    <div class="quote-form__form-wrapper">
        <h2 class="quote-form__sub-heading">Start your quote online today!</h2>
        <div class="quote-form__form-layout">
            <form class="quote-form__form-container needs-validation" id="quoteForm" novalidate>
                <input type="hidden" id="locatorUrl" value="https://apps.horacemann.com/locator-service">
                <input type="hidden" id="campaignName" value="oashmgetaquote">
                <select id="quoteFormSelect" class="form-select form-select-lg mb-2 mb-md-3" aria-label="Select the insurance to quote" data-icon="auto">
                    <option value="auto" data-base-url="https://quote.horacemann.com/Home/StartQuote/">Auto Insurance</option>
                    <option value="home" data-base-url="https://quote.horacemann.com/Home/StartQuote/">Home Insurance</option>
                    <option value="renters" data-base-url="https://quote.horacemann.com/Home/StartQuote/">Renters Insurance</option>
                    <option value="life" data-base-url="https://quote.horacemann.com/Home/StartQuote/">Life Insurance</option>
                    <option value="annuity" data-base-url="https://quote.horacemann.com/Home/StartQuote/">Retirement</option>
                    <option value="accident" data-base-url="https://apply.ntalife.com/Campaigns/Autostart">Accident Insurance</option>
                    <option value="cancer" data-base-url="https://apply.ntalife.com/Campaigns/Autostart">Cancer Insurance</option>
                </select>
                <div class="row justify-content-between">
                    <div class="col-md-7 mb-2 mb-md-0">
                        <label for="quoteFormZipCode" class="form-label visually-hidden">ZIP Code</label>
                        <input type="text" class="form-control form-control-lg" placeholder="ZIP Code"
                            id="quoteFormZipCode"
                            maxlength="5"
                            pattern="^\d{5}$"
                            aria-invalid="false"
                            required>
                        <div id="zipError" class="invalid-feedback">
                            Please provide a 5-digit ZIP Code.
                        </div>
                    </div>
                    <div class="col-md-5 d-flex justify-content-end align-items-start">
                        <button type="submit" class="btn btn-primary-action btn-lg">Get a Quote</button>
                    </div>
                </div>
            </form>
            <div class="quote_form__button-container">
                <a id="locator-hero" href="/locator" class="btn btn-link">Find an Agent</a>
                <a id="is-phone-hero" href="tel:8334226439" class="btn btn-link">Call 833-422-6439</a>
            </div>
        </div>
    </div>
</div>
        </div>
    </section>
```

```
<div class="component content col-12 bottom-margin-none">
    <div class="component-content">
<div class="field-content"><h2>Want a faster way to start your quote?</h2></div>    </div>
</div>

<div class="row component column-splitter">
        <div class="col-12 col-md-7">
            <div class="row">
<div class="component divider col-12 white-space-divider bottom-margin-none">
    <div class="component-content">
        <hr />
    </div>
</div>
    <section class="component button-with-icon bottom-margin-sm">
        <div class="component-content">
<a id="btn-canopy-home-row2" href="https://app.usecanopy.com/c/horace-mann-landing" title="Connect my insurance on Home Page" data-variantitemid="{5394EE24-A132-4C69-A2BE-D2FE5AD69900}" class="btn canc
    </section>

    <div class="component rich-text col-12">
        <div class="component-content">
<div class="d-flex mb-3">
<img alt="Lock SVG" src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/lock.svg?h=30&amp;w=30&amp;hash=F0A36C7272E0B2CD9B36D8C9E3C4B53F" style="height: 30px; width: 30px; margin-right
<p>Secure - We use end-to-end encryption to keep your data private.</p>
</div>
<div class="d-flex mb-3">
<img alt="Diamond gem SVG" src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/gem.svg?h=26&amp;w=26&amp;hash=92DDC67E64F9DEB34669111C719CA1BD" style="height: 26px; width: 26px; margin
<p>Seamless - We review your policy to get you the best protection at the best price.</p>
</div>
<div class="d-flex mb-3">
<img alt="Eye slash SVG" src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/eye-slash-fill.svg?h=26&amp;w=26&amp;hash=B67D7EF8D2C54D634A390320AD375FC9" style="height: 26px; width: 26p
<p>Private - Your credentials are never seen by Horace Mann.</p>
</div>        </div>
    </div>
</div>
        </div>
        <div class="col-12 col-md-5 bottom-margin-none">
            <div class="row">
<div class="component image file-type-icon-media-link col-12 bottom-margin-none">
    <div class="component-content">
<img src="/-/media/Project/Horace-Mann/Public-Site/images/general-and-other/idea_kidv3.webp?h=537&amp;iar=0&amp;w=768&amp;hash=B4C045927F9DB2E6E2DF29A6E31A47C2" alt="Boy with laptop and an idea" width=
</div>
</div>
        </div>
</div>     <section class="component multi-block multi-block-only col-12 container-gray-background full-width bottom-margin-none">
        <div class="component-content">
<div class="section"><div class="row"><div class="col-12 multi-content"><div class="col-12 field-content"><h3 style="text-align: left;">What our customers are saying:</h3></div></div><div class="col-12
        <div class="component-content">
<div><div class="row"><i class="col-lg-2 col-md-12 fs-2 bi bi-quote"></i><p class="field-block-description">I have had nothing but great experiences with Horace Mann for many years, not only as a home
    </section>
    <section class="component blocks col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div><div class="row"><i class="col-lg-2 col-md-12 fs-2 bi bi-quote"></i><p class="field-block-description">Professional, knowledgeable, patient, and a great help in answering all questions related to
    </section>
    <section class="component blocks col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div><div class="row"><i class="col-lg-2 col-md-12 fs-2 bi bi-quote"></i><p class="field-block-description">My rating is 100%. Horace Mann has always been a great company. I&#39;ve had auto and propert
    </section>
    <section class="component blocks col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div><div class="row"><i class="col-lg-2 col-md-12 fs-2 bi bi-quote"></i><p class="field-block-description">Our agent is an amazing representative and is wonderful to work with! He is highly responsive
    </section>
</div></div></div></div>        </div>
    </section>
    <section class="component multi-block no-background col-12 bottom-margin-sm">
        <div class="component-content">
<div><div class="row"><div class="column2 col-12 col-lg-6 multi-content"><h2 class="titles"><span class="field-title1">More than insurance and retirement, </span><span class="field-title2">our pro
        <div class="component-content">
<a href="/locator" title="Find my agent" data-variantitemid="{0707E2EB-0F54-496D-A950-D9E5E6ACA319}" class="btn" data-variantfieldname="PromoLink">Find my agent</a>        </div>
    </section>
</div></div><div class="col-12 col-lg-6 multi-block-bg"><div class="row">    <section class="component blocks icon col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div><div class="field-block-image"><img src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/Student-Loan-Solutions-icon.svg?h=90&amp;iar=0&amp;w=90&amp;hash=DB3EAEC676185A36CC0A3EAE62
```

```
    </section>
    <section class="component blocks icon col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div><div class="field-block-image"><img src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/DonorsChoose-icon-redesign.svg?h=90&amp;iar=0&amp;w=90&amp;hash=87A0F43AE47520FB41CCEAC2456
    </section>
    <section class="component blocks icon col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div><div class="field-block-image"><img src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/Workshops-icon.svg?h=90&amp;iar=0&amp;w=90&amp;hash=ED58283BD9E72E837308F9C8BC5E7492" alt="
    </section>
    <section class="component blocks icon col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div><div class="field-block-image"><img src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/Webinars-icon.svg?h=90&amp;iar=0&amp;w=90&amp;sc_lang=en&amp;hash=684B49C9AD70E1C6B107501D3
    </section>
</div></div></div></div>        </div>
    </section>
    <section class="component multi-block multi-block-only col-12 container-gray-background full-width bottom-margin-sm">
        <div class="component-content">
<div class="section"><div class="row"><div class="col-12 multi-block-only"><div class="row">    <section class="component blocks large-heading col-12 container-clean-background shadow-lg rounded-corner
        <div class="component-content">
<div class="heading"><div class="field-block-image"><img src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/EducationMarket-icon.svg?h=90&amp;iar=0&amp;w=90&amp;hash=D7E29CEFE1DEF8905
    </section>
    <section class="component blocks large-heading col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div class="heading"><div class="field-block-image"><img src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/CorporateCitizen-icon.svg?h=90&amp;iar=0&amp;w=90&amp;hash=CC718EC279079CD6
    </section>
    <section class="component blocks large-heading col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div class="heading"><div class="field-block-image"><img src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/EducatorNeeds-icon.svg?h=90&amp;iar=0&amp;w=90&amp;hash=AB7FF93611E5B10F4A0
    </section>
    <section class="component blocks large-heading col-12 container-clean-background shadow-lg rounded-corners">
        <div class="component-content">
<div class="heading"><div class="field-block-image"><img src="/-/media/Project/Horace-Mann/Public-Site/images/logos-and-icons/FinanciallyStrong-icon.svg?h=90&amp;iar=0&amp;w=90&amp;hash=E14FAD4D86E2C4A
    </section>
</div></div></div></div>        </div>
    </section>

    <div class="component rich-text col-12">
        <div class="component-content">
<p class="disclosure">*$624 is an average annual savings amount on auto insurance based on new customers who completed online Horace Mann quotes and provided their current carrier&rsquo;s policy detail
    </div>
</div>
        </div>
    </main>
    <!-- /#content -->
    <!-- #footer -->
    <footer>
        <div id="footer" class="container">
            <div class="row">

<div class="component row-splitter">
        <div class="container-fluid">
            <div >
                <div class="row">
<div class="component link-list footer col-12" id="social-links">
    <div class="component-content">

                <ul>
                <li class="item0 odd first">
<a href="https://www.facebook.com/HoraceMannInsurance/" rel="noopener noreferrer" title="Horace Mann on Facebook" class="social-links" target="_blank"><i class="bi bi-facebook"></i><span class="visuall
                <li class="item1 even">
<a href="http://www.instagram.com/horacemanninsurance" rel="noopener noreferrer" title="Horace Mann on Instagram." class="social-links" target="_blank"><i class="bi bi-instagram"></i><span class="visua
                <li class="item2 odd">
<a href="https://twitter.com/HoraceMann" rel="noopener noreferrer" title="Horace Mann on X" class="social-links" target="_blank"><i class="bi bi-twitter"></i><span class="visually-hidden">Twitter X</sp
                <li class="item3 even">
<a href="https://www.linkedin.com/company/horace-mann" rel="noopener noreferrer" title="Horace Mann on LinkedIn" class="social-links" target="_blank"><i class="bi bi-linkedin"></i><span class="visually
                <li class="item4 odd">
<a href="https://www.pinterest.com/horacemannins" rel="noopener noreferrer" title="Horace Mann on Pinterest" class="social-links" target="_blank"><i class="bi bi-pinterest"></i><span class="visually-hi
                <li class="item5 even">
<a href="https://www.youtube.com/user/HoraceMannInsurance" rel="noopener noreferrer" title="Horace Mann on YouTube" class="social-links" target="_blank"><i class="bi bi-youtube"></i><span class="visual
                <li class="item6 odd last">
<a class="social-links" title="Call Horace Mann" href="/Call-Us"><i class="bi bi-telephone-fill"></i><span class="visually-hidden">Call Horace Mann</span><span class="show-link">800-999-1030</span></a>
```

```
                </ul>
            </div>
        </div>
    </div>
                </div>
            </div>
    </div>


    <div class="component container" id="footer-links">
        <div class="component-content" >
    <div class="row">
    <div class="component link-list col-lg-3">
        <div class="component-content">
            <h3>About Us</h3>
                <ul>
                    <li class="item0 odd first">
<div class="field-link"><a href="/about-us/about-us" data-variantitemid="{F303C5A8-EC9B-4DCE-BDF7-DB6EFB432175}" title="About Horace Mann" data-variantfieldname="Link">About Us</a></div>
                    <li class="item1 even">
<div class="field-link"><a href="/about-us/careers" data-variantitemid="{71ECB7AE-392E-46DA-BB8C-42918AB49D15}" title="Horace Mann Careers" data-variantfieldname="Link">Careers</a></div>
                    <li class="item2 odd">
<div class="field-link"><a href="https://investors.horacemann.com" data-variantitemid="{5A6EF5BC-0FA6-4925-A0E7-60867ABB552D}" title="Horace Mann Investors website" data-variantfieldname="Link">Investo
                    <li class="item3 even">
<div class="field-link"><a href="/about-us/news" data-variantitemid="{AC521B66-8E13-431F-A7AE-C539594C082C}" title="Horace Mann press releases." data-variantfieldname="Link">News</a></div>
                    <li class="item4 odd">
<div class="field-link"><a href="/contact-us" data-variantitemid="{8B021F47-1C10-47B2-9E34-6D52D3A30CA6}" title="Contact Horace Mann" data-variantfieldname="Link">Contact</a></div>              </li>
                    <li class="item5 even last">
<div class="field-link"><a href="https://csr.horacemann.com" data-variantitemid="{74F08E78-05DC-4A28-B419-EFC31D372100}" title="Horace Mann Corporate Social Responsibility" data-variantfieldname="Link"
                </ul>
        </div>
    </div>

    <div class="component link-list col-lg-3">
        <div class="component-content">
            <h3>Customers</h3>
                <ul>
                    <li class="item0 odd first">
<div class="field-link"><a href="https://customer.horacemann.com/MyAccount/Login/Login" data-variantitemid="{3C594104-5F78-4A37-A2C0-DD0FC54D1F21}" title="My Account Login" data-variantfieldname="Link"
                    <li class="item1 even">
<div class="field-link"><a href="/claims" data-variantitemid="{6C570199-FE9B-48BB-B6FD-F21F6A1F5A66}" title="Horace Mann Claims Center." data-variantfieldname="Link">Claims</a></div>           </l
                    <li class="item2 odd">
<div class="field-link"><a href="https://customer.horacemann.com/MyAccount/Login/Login" data-variantitemid="{FC54517C-0613-4692-B85D-63E91299FA3A}" title="Make an online payment" data-variantfieldname=
                    <li class="item3 even">
<div class="field-link"><a href="/mobileapp/horace-mann-mobile" data-variantitemid="{5F89A591-F0C3-404D-8DDF-998C19C8FE78}" title="Horace Mann Mobile App" data-variantfieldname="Link">Mobile App</a></d
                    <li class="item4 odd">
<div class="field-link"><a href="https://apps.horacemann.com/listbill/login.aspx" data-variantitemid="{A4767F67-7F04-4995-9F2E-1B646766C69B}" title="School Administration Website Login" data-variantfie
                    <li class="item5 even last">
<div class="field-link"><a href="/frequently-asked-questions" data-variantitemid="{1846EAE1-F752-42C8-84BA-49A97BBCEAAB}" title="Frequently Asked Questions" data-variantfieldname="Link">Frequently Aske
                </ul>
        </div>
    </div>

    <div class="component link-list col-lg-3">
        <div class="component-content">
            <h3>Savings &amp; Retirement</h3>
                <ul>
                    <li class="item0 odd first">
<div class="field-link"><a href="/retirement" data-variantitemid="{D8E593C0-9DC7-448C-BD8D-C27627A052ED}" data-variantfieldname="Link">Retirement</a></div>            </li>
                    <li class="item1 even">
<div class="field-link"><a href="/investing/college-savings-529-plans" data-variantitemid="{59E249C9-2BDC-4A8A-819F-F1F9F4989BBE}" title="529 College Savings Plans" data-variantfieldname="Link">529 Col
                    <li class="item2 odd">
<div class="field-link"><a href="/programs/student-loan-solutions" data-variantitemid="{EFB91DB6-09D4-45E6-91D1-DF95201EB098}" title="Student Loan Solutions" data-variantfieldname="Link">Student Loan S
                    <li class="item3 even">
<div class="field-link"><a href="/programs/donorschoose" data-variantitemid="{8569B95B-F79E-4734-AD05-932EEE94206D}" title="DonorsChoose" data-variantfieldname="Link">DonorsChoose</a></div>
                    <li class="item4 odd last">
<div class="field-link"><a href="/programs/workshops" data-variantitemid="{1211FFEC-6DA7-40D2-A732-A489C47A4D76}" title="Financial wellness workshops for educators" data-variantfieldname="Link">Worksho
                </ul>
        </div>
    </div>

    <div class="component link-list col-lg-3">
        <div class="component-content">
            <h3>Insurance</h3>
                <ul>
```

```
            <li class="item0 odd first">
<div class="field-link"><a href="/insurance/auto-insurance" data-variantitemid="{5E4A6C57-F654-41F0-9569-BB6079422B32}" title="Auto Insurance" data-variantfieldname="Link">Auto Insurance</a></div>
            <li class="item1 even">
<div class="field-link"><a href="/insurance/homeowners-insurance" data-variantitemid="{DAB6F55F-D2D4-47F3-86EF-3EEF789C49B1}" title="Homeowners insurance" data-variantfieldname="Link">Homeowners Insura
            <li class="item2 odd">
<div class="field-link"><a href="/insurance/life-insurance" data-variantitemid="{1A6847F4-BEA3-48D1-B68F-86226C89D8C1}" title="Life Insurance" data-variantfieldname="Link">Life Insurance</a></div>
            <li class="item3 even">
<div class="field-link"><a href="/insurance/renters-insurance" data-variantitemid="{F2481F27-E63D-44E4-9026-7607CBF98B42}" title="Renters Insurance" data-variantfieldname="Link">Renters Insurance</a></
            <li class="item4 odd last">
<div class="field-link"><a href="/insurance/liability-insurance" data-variantitemid="{11B492E0-6CAA-4D40-BA00-04958ACD9725}" title="Liability Insurance" data-variantfieldname="Link">Liability Insurance
        </ul>
    </div>
</div>
</div>    </div>
</div><div class="component plain-html col-lg-6 col-xl-6 col-xxl-6" id="copyrightYear">
    <div class="component-content">
<p>&copy; <span id="copyright"></span> Horace Mann Educators Corporation</p>    </div>
</div>
<div class="component link-list col-lg-6 col-xl-6 col-xxl-6" id="legal">
    <div class="component-content">

        <ul>
            <li class="item0 odd first">
<div class="field-link"><a href="/privacy" data-variantitemid="{B5A4558D-EEA1-4D75-8752-C1249AC50CE6}" title="Horace Mann Privacy Policy" data-variantfieldname="Link">Privacy Policy</a></div>
            <li class="item1 even">
<div class="field-link"><a href="/disclaimer" data-variantitemid="{0D3E63DB-2DFF-49D1-B03A-EFB6184CED4D}" title="Legal Disclaimers" data-variantfieldname="Link">Legal Disclaimers</a></div>
            <li class="item2 odd">
<div class="field-link"><a href="/underwriting-companies" data-variantitemid="{E03BBD8E-6FC2-43D5-87DD-3E9B34960231}" title="Horace Mann Underwriting Companies" data-variantfieldname="Link">Underwritin
            <li class="item3 even">
<div class="field-link"><a href="/privacy/state-privacy-rights" data-variantitemid="{D1974C5A-82B2-4260-AA8E-FC93BCF5FC48}" title="CA Notice at Collection" data-variantfieldname="Link">CA Notice at Col
            <li class="item4 odd last">
<div class="field-link"><a href="/privacy/data-privacy-request" data-variantitemid="{3DA16115-4375-4D29-9B3A-2B531A505273}" title="Horace Mann Data Privacy Request" data-variantfieldname="Link">Your Pr
        </ul>
    </div>
</div>
</div>
    </div>
    </footer>
    <!-- /#footer -->
</div>
<!-- /#wrapper -->


<script> (function(){ var s = document.createElement('script'); var h = document.querySelector('head') || document.body; s.src = 'https://acsbapp.com/apps/app/dist/js/app.js';
s.async = true; s.onload = function(){ acsbJS.init({ statementLink : '', footerHtml : '', hideMobile : false, hideTrigger : false, disableBgProcess : false, language : 'en', position : 'right', leadCol
: '50%', triggerPositionX : 'right', triggerPositionY : 'bottom', triggerIcon : 'people', triggerSize : 'bottom', triggerOffsetX : 20, triggerOffsetY : 20, mobile : { triggerSize : 'small', triggerPosi
: 10, triggerOffsetY : 10, triggerRadius : '20' } }); }; h.appendChild(s); })(); </script>


<script>
  window.addEventListener("load", function() {
    const canopyEmbedScript = document.createElement("script");
    canopyEmbedScript.src = "https://cdn.usecanopy.com/v2/embed.js";
    canopyEmbedScript.async = true;
    document.body.appendChild(canopyEmbedScript);
  });
</script>
    <script src="/-/media/Base-Themes/Core-Libraries/scripts/optimized-min.js?t=20250528T205714Z"></script><script src="/-/media/Base-Themes/XA-API/Scripts/optimized-min.js?t=20211221T213104Z"></script
</body>
</html>
```