E-FILED
Wednesday, 08 October, 2025  11:56:58 AM
Clerk, U.S. District Court, ILCD

422144
Law Firm Ref#: 17923-125885

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

HORACE MANN INSURANCE COMPANY,

    Plaintiff(s)

    vs.

ALOFT MEDIA, LLC;

    Defendant(s)

Case No.: 3:25-cv-03262-MMM-RLH

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, _____ Jonathan Wall _____, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Complaint for Declaratory Judgment to Aloft Media, LLC c/o George A. Gordon, Registered Agent, located at 211 West Tyler St., Suite C-1, Longview, TX 75601** resulting in the following:

❏ **PERSONAL SERVICE:** By leaving a copy of the process with Aloft Media, LLC c/o George A. Gordon, Registered Agent personally on the ____ day of _____, 20____ at _____M.

❏ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: _____, Title: _____, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the ____ day of _____, 20____ at _____M.

❏ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Aloft Media, LLC c/o George A. Gordon, Registered Agent's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☑ **NON-SERVICE:** for the following reasons with the **DATE** and **TIME** of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__9 16 25__ @ __330pm__ : Per the neighbor in office building they are never here and come and go

__9 22 25__ @ __1023AM__ : Knocked no answer

__9 29 25__ @ __123 PM__ : No access. No one would answer the buzzer

A description of person with whom the documents were left is as follows:

Sex: _____  Race: _____  Approx. Age: _____  Height: _____  Weight: _____  Hair: _____

Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this ___7___ day of _OcTOBeR_ 20_25_

_____
Notary Public

_____
(Server Signature)

Jonathan Wall psc 17913 exp 1/31/26
(Print Name)

__1/7/25__
(Date)

JOHN R FERTITTA
Notary Public
STATE OF TEXAS
ID# 57537-2
My Comm Exp June 22, 2026

SAAFF-422144