E-FILED
Monday, 13 October, 2025  08:38:03 AM
Clerk, U.S. District Court, ILCD

423028
**Law Firm Ref#: 17923.125885**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

HORACE MANN INSURANCE COMPANY,

        **Plaintiff(s),**

    **VS**

ALOFT MEDIA, LLC;

        **Defendant(s).**

Case No.: **3:25-cv-03262-MMM-RLH**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Kassandra Dugas** being first duly sworn on oath, deposes and states the following:
I am over the age of 18 and not a party to this action. I am an agent of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

**INDIVIDUAL/ENTITY TO BE SERVED: Aloft Media, LLC c/o George A. Gordon, Registered Agent**

I, Served the within named INDIVIDUAL/ENTITY on 9/30/2025 at 8:20 PM

**CORPORATE SERVICE:** by leaving a copy of this process with George A. Gordon (Title): Registered Agent , a person authorized to accept service. I informed that person of the contents thereof.

**TYPE OF PROCESS: Summons in a Civil Action; Complaint for Declaratory Judgment**

**ADDRESS WHERE SERVED: 6518 Ryeworth Dr, Frisco, TX 75035**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

**Sex: Male - Race: Caucasian - Hair: Bald - Approx. Age: 50's - Height: 6' 2" - Weight: 225**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this _____ day of _____, 2025

_____
Notary Public

BRANDON SORIANO
Notary ID #134153253
My Commission Expires
January 18, 2027

_____
(Server Signature)

**KASSANDRA DUGAS**
_____
(Print Name)

**10-06-25**
_____
(Date)

It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

Order #:423028/ILPRF441