E-FILED
Tuesday, 14 October, 2025  02:39:10 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| HORACE MANN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  3:25-cv-3262 |
| | ) | |
| ALOFT MEDIA, LLC; | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO STRIKE ECF NO. 11 FROM THE COURT DOCKET

Plaintiff, HORACE MANN INSURANCE COMPANY, by its undersigned counsel, respectfully requests that the Affidavit of Special Process Server (ECF No. 11), which was erroneously e-filed as a Waiver of Service, be stricken from the Court docket or otherwise noted in the record as mis-identified.  On October 13, 2025, Plaintiff mistakenly filed the Affidavit of Special Process Server under the category of Waiver of Service.  Plaintiff now seeks to correct the docket and refile the Affidavit of Special Process Server as an Affidavit of Service. Plaintiff further requests that the Defendant's deadline to answer be reset from December 1, 2025, to October 21, 2025, as the Defendant was served with an Alias Summons and Complaint on September 30, 2025.

DATED:  October 14, 2025                    Respectfully submitted,

                                            **FREEMAN MATHIS & GARY, LLP**

                                            /s/ Jason S. Callicoat
                                            Attorney for Horace Mann Insurance Company


Jonathan L. Schwartz (#6287338)
Jason S. Callicoat (#6285863)
FREEMAN MATHIS & GARY LLP
33 N. Dearborn St., Suite 1430
Chicago, IL 60602
Tel: (773) 389-6440
jonathan.schwartz@fmglaw.com

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 14, 2025, a copy of the foregoing **MOTION TO STRIKE ECF NO. 11 FROM THE COURT DOCKET** was filed electronically and served on all counsel of record via the Court's CM/ECF electronic filing system.

                               /s/ Jason S. Callicoat