E-FILED
Friday, 21 November, 2025  10:33:40 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| HORACE MANN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:25-cv-3262 |
| | ) | |
| ALOFT MEDIA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISIMISSAL**

Plaintiff, HORACE MANN INSURANCE COMPANY, by and through its undersigned attorney, in light of settlement, hereby gives notice that it is voluntarily dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice and without costs, and for all other relief that this Court deems fair and just.

DATED: November 21, 2025

Respectfully submitted,

**FREEMAN MATHIS & GARY, LLP**

/s/ *Jason S. Callicoat*
Attorney for Horace Mann Insurance Company

Jonathan L. Schwartz (#6287338)
Jason S. Callicoat (#6285863)
FREEMAN MATHIS & GARY LLP
33 N. Dearborn St., Suite 1430
Chicago, IL 60602
Tel: (708) 967-5259
jonathan.schwartz@fmglaw.com
jason.callicoat@fmglaw.com